UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-0165 (TSC) |
| : | |
| DONA SUE BISSEY, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and there is no objection to the requested order.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By: /s/ Joshua S. Rothstein
     Joshua S. Rothstein
     Assistant United States Attorney
     N.Y. Bar Number 4453759
     555 4th Street, N.W., Room 5828
     Washington, D.C. 20530
     Office: 202-252-7164