UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Cr. No. 21-cr-00165-TSC |
| | : | |
| **DONA SUE BISSEY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is a Joint Motion to Convert Status to Plea Hearing. For the reasons set forth therein, it is hereby

**ORDERED** that the current status set for 10:00 a.m. on July 19, 2021 be vacated; and it is further

**ORDERED** that a video conference plea hearing be scheduled for July 19, 2021 at 10:00 a.m.

DATE:

_____
Tanya S. Chutkan
United States District Judge