**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-0165 (TSC)** |
| | : | |
| **DONA SUE BISSEY,** | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

1.     The Government respectfully submits the following Statement of Offense in support of a plea of guilty by defendant DONA SUE BISSEY ("DEFENDANT") to Count 4 of the Information in the above-captioned matter.

2.     If this case were to go to trial, the government would prove the following facts beyond a reasonable doubt:

3.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

4.     On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

5.     On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3,

1

2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

8.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

9.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

10.     On January 6, 2021, the DEFENDANT and her friend, Anna Morgan-Lloyd, attended the rally on the Ellipse.  When the speech finished the DEFENDANT and Morgan-Lloyd walked with the crowd toward the Capitol building.

11.     After arriving at the Capitol and ascending the steps, the DEFENDANT participated in the protest and took photos of the other protestors, including those in or around the scaffolding on the western front of the building.

12.     The DEFENDANT and Morgan-Lloyd then entered the Capitol building and walked through a hallway.  While inside the Capitol building, the DEFENDANT appeared in a photo with Morgan-Lloyd and two other individuals, one of whom is holding a Trump campaign flag.  The DEFENDANT later posted the photo on Facebook with the caption "Inside the Capitol Building."  The DEFENDANT also posted a picture of an elderly woman with a "Make America Great Again" hat and wrote "This is Our Warrior Linda.  We stayed with her and her daughter

Stacey all day.  They are somewhat locals.  When we Marched to Capitol she said "I'm going in" and she lead the way.  We went in [] This photo taken at Capitol entry right before[.]"  The Defendant also posted a screenshot of a Twitter post which stated "This is the First time the U.S. Capitol had been breached since it was attacked by the British in 1814" and wrote "We were inside for reals! Linda led the way!!  She is a True Patriot and Warrior!!!"

13.     On January 7, 2021, the DEFENDANT posted a photo on Facebook, tagging Morgan-Lloyd and another individual, and wrote "We are home. Thank You to ALL that messaged checking in and concerned.  It was a day I'll remember forever.  I'm proud that I was a part of it! No Shame. BTW turn off the #FakeNews."

14.     On January 8, 2021, the DEFENDANT posted two photos from the western front of the Capitol building.  The photo included images of protesters climbing the scaffolding and another other with a protestor holding a stolen and broken sign that read "Speaker of the House." The DEFENDANT wrote on the post "This really happened! Anna Morgan-Lloyd took the photo."

15.     On January 11, 2021, the DEFENDANT posted a photo on Facebook which showed individuals walking down the steps of the Capitol building.  The DEFENDANT wrote "On our way down" and tagged Morgan-Lloyd.

16.     On February 24, 2021, the DEFENDANT was interviewed by law enforcement. The DEFENDANT admitted that she had entered the Capitol and remained for less than ten minutes.  The DEFENDANT also admitted that she had a photo taken of herself within the building.

18.     The information contained in his proffer is not a complete recitation of all the facts and circumstances, but the parties admit it is sufficient to prove beyond a reasonable doubt a violation of Title 40, United States Code, Section 5104(e)(2)(G), that is, Parading, Demonstrating, or Picketing in a Capitol Building, as charged in Count Four of the Information.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793


By: _____
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

DATED: June 14, 2021

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 6-14-21

Dona Sue Bissey
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: 6/15/21

Cara Halverson

Cara Kurtz Halverson, Esq.
Counsel for Defendant Dona Sue Bissey

6