# EXHIBIT A

Honorable Judge Chutkan

    I write this letter to you today with sincerest humility and regret. I am a 53 year old, soon to be Grandma for the first time, from small town Southern Indiana. I am a God fearing, Country loving, Law abiding, hard working Patriot. I have attended several of Pres. Trumps events without incident. On Jan 6 I was in DC for the rally. It was my first trip ever to Our Nations Capital. Very exciting for me because I had always wanted to go. Unfortunately It will be my last. I am not and never have been a violent individual. Nor have I ever vandalized anything in my entire life. My intention that day was to support, not to cause any kind of trouble. I am deeply saddened at the events that transpired on that day and very remorseful that I will forever be associated. It has taken its toll on me, my Family, my Friends, my Clients and my Business. I've lived in my Indiana town my entire life and have built a successful business over the last 20 years

only to be shunned by members of my small community. I take full responsibility for my actions on Jan 6 with absolute deep regret. Thank you for taking your time to accept and review this letter. I am truly sorry.

Respectfully

Dona S Bissey
9-16-21