**EXHIBIT B**

Honorable Judge Chutkan

　　Dona and I have been together for
21 years Married for 14 of those years
this month. She is not only my
wife but my best friend. Dona is
one of the most honest people I have
ever known and would never do
anything to harm her Country or
any individual.
She is a Christian and Would do
without herself to help others, I've
Seen it with My own eyes.
I am disabled from a motorcycle
accident in 2014 and am unable to
work, I depend on my wife not
only emotionally but physically and
financhally as well.
Dona handles all of our affairs. She is
a hard working patriot and a
productive Member of our Community.
　　Dona and her Friend went D.C.
to suppor their president had no Idea
what was to take place on Jan 06.
　　They had looked foward to this trip
for Months.

She will never be the same person
after this, It has changed her.
She just works and comes home.
She doesn't trust or socialise with
anyone but family and clients.
Dona's went from very outgoing to
being guarded of people, strangers
also her surroundings.
I love her and am very proud of her.

Thank you for your time

Honorable Judge Chutkan

Dona Sue Bissey -

My Aunt and Best Friend...

She and I are two weeks apart in age and have a unique relationship. We have grown up close to each other, attended school together, ate lunch together each day and spent many nights together.

As we graduated together, She and I have remained in the same town and live near each other. We work in the same town and visit on a regular basis.

Dona has her own hair salon and has many clients. Some people may call them clients but Dona calls them family. She has a strong passion for each one she sees. Dona is a hard worker, loves her family, and her husband very much.

She Is a Caretaker for her husband that is on disability due to a motorcycle accident that seriously injured them both, leaving Denny near death at the time.

IF there Is anyone you can call at anytime, or anyone you can count on for help, a warm hug, honesty, or a Simple Pat on the back and encouragement, It is Dona Sue Bissey.

Katrina Michael

Honorable Judge Chutkan -       Sept. 3, 2021

Where to Start -

    Dona has been in my life
Close to 20 years. We met as
Co-workers in the Beauty Business.
We worked side by side for
10 years. You get to know
Some one really well on a
daily basis like that. We
worked long hours to build
our businesses. You learn
their Heart, their dreams
and their Resilience. As in
anything worthwhile you put
your everything in it. Dona
has. Dona is talented, Smart
and very trustworthy. And
very Compassionate in her
beliefs. Basically is A True
Patriot. Dona Loves her America!
God - Country - Family. That is
how you are raised here in
Indiana. Deep Values to say
the Least. You get knocked

down but you Do NOT Stay
there, you Persevere. Dona
always WILL.

Today and Everyday I will
always call Dona my Friend.
Dona is a rarity today,
Loyal as they come. She
is a Good Christian and
Patriot. I stand beside
her.

Respectfully,
Kimberly C. Gooding

8/29/21

Honorable Judge Chutkan,

I am writing this letter in hopes that it will help you see what kind of person Dona Bissey is, despite the transgressions that led us all to this point.

It has been approximately 30 years since I have known Dona Bissey, as both a close friend and hairdresser.

During this time I have found Dona to be an honest and trustworthy person. She's great with children and animals. I have trusted her to look after my son and my dog. I have always respected the fact that she's not afraid to speak her mind. You always know where you stand with her. Dona passionately loves her God, family, friends and country. Over time she has proven to be a hard worker, a devoted wife, a loving stepmother and loyal friend. She has attended bible study at our church, and we pray for each other all the time. I'm truly blessed to call her my friend.

Not only do I like Dona, I also have great respect for her. I felt honored to be asked to provide this character reference letter and hope that the information I provided helps you understand what an outstanding individual Dona Bissey really is. If I

can be of further assistance, please
email me at ███████████████████
████████████

Sincerely,
Deanna Patterson
Deanna Patterson

Honorable Judge Chutkan,

       I'd like to tell you about my friend Dona Bissey. I've known Dona for over 30 years and I believe I'm a good judge of character. Dona and I went to high school together. She was always respectful to the other students and to our teachers.

       As a young adult, she decided to become a hair dresser. She also worked at a local cafe and would do whatever her boss asked of her. I remember seeing her studying at work when time allowed. She was very focused at being self sufficent to accomplish her dream. Dona asked me to participate in her state exam. My hair was long and curly. I really kinda thought she should have picked someone easier. Once again, Dona took the challenge and really impressed the state practioners. I lived in Indianapolis and would travel to Bloomfield so Dona could cut my hair. She was also the first person to cut my daughters hair. I've seen her excercise extreme patience with children and elders. I've witnessed her supporting and encouraging many of our older senior citizens in our area. I think it truly means a lot to Dona to see others do as much as they can, while they can.

       I've ran into Dona at our local stores. She's always been pleasant and considerate to others.

       I've seen her in our local cemetary on Memorial

Day when our local American Legion was participating in Memorial Day Service.

Lona is also a neighbor. Her lawn always looks nice and has always had an American Flag Flying. The same is true of her hair studio. Always clean and always flys an American Flag, and has for years.

Lona is a trustworthy and honest person, who I am proud to call a friend.

Sincerely,
Melinda Barnhill



**Town of Bloomfield**
**P. O. Box 411**
**12 East Main Street**
**Bloomfield, IN 47424**
**Phone: 812-384-4114**
**Fax: 812-384-3462**
August 30, 2021

To:  Honorable Judge Chutkan,

I am writing you today to speak to the character of Dona Bissey. As the Clerk-Treasurer for the Town of Bloomfield, there have been many projects and initiatives in which I have worked directly with her as a business owner. Dona has been a key contributor to our community as the owner of Hot Heads Hair Studio in downtown Bloomfield, Indiana.

Small business owners are the backbone of small communities and our nation. As someone who is involved in the operations of local government it is important to me to know people in the community who can be counted on to contribute and assist in various local projects. I have always found Dona to be dependable and someone who can always be counted on to support local initiatives. When people in our community speak about Dona, they are quick to mention her work-ethic and positive contributions to our community.

In closing, it is my pleasure to write this letter for Dona Bissey. I have always appreciated her work ethic and community involvement as a small business owner and friend.

If you need additional information please email ▇▇▇▇▇▇▇▇▇▇▇▇

Respectfully yours,

Sondra J. Thompson